**BRYAN CAVE LEIGHTON PAISNER LLP**
Christopher L. Dueringer (California Bar No. 173746)
Richard Chagoury (California Bar No. 329842)
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone:  (310) 576-2100
Facsimile:   (310) 576-2200
Email:         cdueringer@bclplaw.com
                    richard.chagoury@bclplaw.com

Attorneys for Defendant
CIT Bank, N.A.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BETTS and JINGYI ZHANG,<br><br>                     Plaintiffs,<br>       v.<br><br>ONEWEST BANK, N.A., WELLS FARGO BANK, N.A., BANK OF AMERICA, N.A., CHASE BANK, N.A., HSBC BANK USA, N.A. and DOES 1 through 10, inclusive<br><br>                     Defendants. | Case No. 3:20-cv-02261-AJB-DEB<br><br>Hon. Anthony J. Battaglia<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Action Filed:    January 20, 2020<br>Removal Date: November 19, 2020<br>Trial Date:       Not yet scheduled |

1194558.1

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned
2  counsel for Defendant CIT Bank, N.A. ("CIT Bank") hereby certifies as follows:
3      1.   CIT Bank is a wholly owned subsidiary of CIT Group Inc. CIT Group
4  Inc. has no parent company. No publicly held corporation owns ten percent (10%)
5  or more of the stock of CIT Group Inc.
6      2.   There are no additional corporations, unincorporated associations,
7  partnerships, or other business entities, not a party to this case, that are financially
8  interested in the outcome of this litigation.
9      3.   A supplemental disclosure statement will be filed upon any change in
10 information provided herein.
11
12 Dated: January 19, 2021          **BRYAN CAVE LEIGHTON PAISNER LLP**
                                    Christopher L. Dueringer
13                                  Richard Chagoury
14                                  By: /s/ Richard Chagoury
15                                       Richard Chagoury
                                    Attorneys for Defendant
16                                  CIT Bank, N.A.

BRYAN CAVE LLP
120 BROADWAY, SUITE 300,
SANTA MONICA, CA 90401-2386

1194558.1                         1
CORPORATE DISCLOSURE STATEMENT

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

On January 19, 2021, I served the foregoing document(s) described as: **CORPORATE DISCLOSURE STATEMENT** on all interested parties in this action as follows:

| | |
|---|---|
| Curtis G. Carll, Esq.<br>2831 Camino Del Rio S., Suite 313<br>San Diego, CA 92108 | **Attorney for Plaintiffs**<br>*Ronald Betts and Jingyi Zhang*<br>Telephone: (619) 880-0830<br>Facsimile: (619) 618-1979<br>cgc@carlllaw.com |
| Julia B. Strickland, Esq.<br>Christopher R. Fredrich, Esq.<br>STROOCK & STROOCK & LAVAN LLP<br>2029 Century Park East, 18th Floor<br>Los Angeles, CA 90067-3086 | **Attorneys for Defendant**<br>*HSBC Bank USA, N.A.*<br>Telephone: (310) 556-5800<br>Facsimile: (310) 556-5959<br>cfredrich@stroock.com<br>lacalendar@stroock.com |
| Jordan Grotzinger, Esq.<br>Hannah Shanks-Parkins, Esq<br>GREENBERG TRAURIG LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067 | **Attorneys for Defendants**<br>*JPMorgan Chase Bank, N.A.*<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800<br>grotzingerj@gtlaw.com<br>shanksparkinh@gtlaw.com |
| Elizabeth C. Farrell<br>SEVERSON & WERSON<br>A Professional Corporation<br>The Atrium<br>19100 Von Karman Avenue, Suite 700<br>Irvine, California 92612 | **Attorneys for Defendants**<br>*Wells Fargo Bank, N.A.; Bank of America, N.A.*<br>Telephone: (949) 442-7110<br>Facsimile: (949) 442-7118<br>ecf@severson.com |

1194558.1

1
PROOF OF SERVICE

| | |
|---|---|
| Mark D. Lonergan | **Attorneys for Defendants** |
| Mark I. Wraight | *Wells Fargo Bank, N.A.; Bank* |
| Adam A. Vukovic | *of America, N.A.* |
| SEVERSON & WERSON | Telephone: (415) 398-3344 |
| A Professional Corporation | Facsimile: (415) 956-0439 |
| One Embarcadero Center, Suite 2600 | miw@severson.com |
| San Francisco, California 94111 | aav@severson.com |

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

☐ BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY EMAIL – I caused a true copy of the foregoing document(s) to be served by electronic email transmission at the time shown on each transmission, to each interested party at the email address shown above. Each transmission was reported as complete and without error.

☐ BY OVERNIGHT DELIVERY - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

☒ FEDERAL - I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 19, 2021 at Santa Monica, California.

*/s/ Michelle Elhardouzi*
Michelle Elhardouzi